OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

John A. Cerino CLERK

LOCKBOX 18 844 KING STREET U.S. COURTHOUSE WILMINGTON, DELAWARE 19801 (302) 573-6170

December 30, 2015

New Castle County Court of Chancery
Attn: Clerk
New Castle County Courthouse
500 North King Street
Wilmington, DE 19801

    RE:    C.A. No. 15-1053-RGA
              Timshel Holdings, LLC v. Geoffrey K. Trukenbrod

Dear Clerk:

Pursuant to the Remand Order dated 12/29/15 signed by the Honorable Richard G. Andrews remanding the above captioned case to your Court, enclosed please find the following items:

( X) Certified copy of the Order of Remand
(X) Certified Docket Sheet

Please note that the electronic case filings can be accessed through PACER by selecting the CM/ECF link on our web site at www.ded.uscourts.gov.

Please acknowledge receipt of the above items on the attached copy of this letter.

              Sincerely,

              John A. Cerino, Clerk of Court

              By:    /s Bob Cruikshank
                         Deputy Clerk

Enc.

**I hereby acknowledge receipt of the above listed items on _____.**

_____
**Signature**