OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

John A. Cerino CLERK

LOCKBOX 18 844 KING
STREET U.S. COURTHOUSE
WILMINGTON, DELAWARE
19801 (302) 573-6170

December 30, 2015

New Castle County Court of Chancery
Attn: Clerk
New Castle County Courthouse
500 North King Street
Wilmington, DE 19801

RE:   C.A. No. 15-1053-RGA
      Timshel Holdings, LLC v. Geoffrey K. Trukenbrod

Dear Clerk:

Pursuant to the Remand Order dated 12/29/15 signed by the Honorable Richard G. Andrews remanding the above captioned case to your Court, enclosed please find the following items:

( X) Certified copy of the Order of Remand
(X) Certified Docket Sheet

Please note that the electronic case filings can be accessed through PACER by selecting the CM/ECF link on our web site at www.ded.uscourts.gov.

Please acknowledge receipt of the above items on the attached copy of this letter.

Sincerely,

John A. Cerino, Clerk of Court

By:   /s Bob Cruikshank
      Deputy Clerk

Enc.

I hereby acknowledge receipt of the above listed items on 12/31/2015.

_____
**Signature**

REGISTER IN CHANCERY
500 N. KING ST.
SUITE 1551
WILMINGTON, DE 19801-3735



OFFICE OF THE REGISTER IN CHANCERY
COURT OF CHANCERY
NEW CASTLE COUNTY COURTHOUSE
500 N. KING ST., SUITE 1551
WILMINGTON, DE 19801

Office of the Clerk
United States District Court
844 N King Street, Unit 18
Wilmington, Delaware 19801-3570

Attn: John A. Cerino